UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JAMES K. FIANO,

    Plaintiff,

v.

PENNCRO ASSOCIATES, INC.,

    Defendant.
_____/

# COMPLAINT
# JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, JAMES K. FIANO, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, PENNCRO ASSOCIATES, INC., is a professional corporation and citizen of the State of Pennsylvania with its principal place of business at Suite 113, Southampton, Pennsylvania 18966.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

8. Defendant made telephone calls to Plaintiff in an effort to collect an alleged debt arising from transactions incurred for personal, family or household purposes.

9. Defendant left the following messages on Plaintiff's voice mail on his residential telephone on or about the dates stated:

> August 13, 2009
> Message for Anita Argulla, if you are Anita Argulla, please continue to listen to this message if you are not please hang up or disconnect there will now be a three second pause. By continuing to listen you acknowledge that you are Anita L. Argulla, my name is Harriet Bailey calling from Penncro Associates and this is an attempt to collect a debt. Any information obtained will be used for that purpose, please contact me regarding this important business matter at 1-866-779-9279. Thank you. Hello? Message for Anita L. Argulla.
>
> August 15, 2009

Anita L. Arguello, my name is (inaudible) Reyes at Penncro Associates. Give me a call at your earliest convenience at area code 1-866-779-9279, and my extension here is LR1. Thank you.

August 17, 2009
Morning. This is a message for Anita Arguello. Please Anita, return the call back to Juan Gullosa at 1-866-779-9279 extension JB7. Again 1-866-779-9279 extension J as in jump, B as in boy, and number 7. Thank you and have a great rest of the day. Bye bye.

August 22, 2009
This message is for Anita Argulla – Argulla? This is Teresa Alberts calling from Penncro Associates. Please return my call at 1-866-779-9279. The extension here is JE9.

August 23, 2009
Hello, message for Anita Arguello, this is Penncro Associates give us a call 866-779-9279.

September 14, 2009
This is a message for Anita L. Arguello. If you are not Anita L. Arguello, please hang up or disconnect. If you are Anita L. Arguello, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Anita L. Arguello. This is Penncro Associates. This is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact us about an important business matter at 866-779-9279. Thank you.

September 17, 2009
Anita, my name is Jules, I'm calling from Penncro Associates. Could you please give us a call 1-866-779-9279. Thank you.

October 26, 2009
Anita L. Arguello, please hang up or disconnect. If you are Anita L. Arguello, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Anita L. Arguello. This is Penncro Associates. This is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact us about an important business matter

by pressing the 9 key or call us back at 866-779-9279. Thank you. This is a message for Anita L. Arguella. If you are not Anita L. Arguello, please hang up or disconnect. If you are Anita L. Arguello, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Anita L. Arguello. This is Penncro Associates. This is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact us about an important business matter by pressing the 9 key or call us back at 866-779-9279…(Message loops again)

October 29, 2009
Pre-Recorded Message: I have a call for you. Please hold –
Human Caller: Hello Anita, this message is for Anita Arguello. If you are not Anita Arguello, please – please hang up or – please hang up or disconnect. If you are Anita Arguello, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge that you're Anita Arguello this is an attempt to collect a debt anything contained will – by continuing to listen to this message you acknowledge that you're Anita Arguello. Please contact us regarding an important business matter at 1-866-779-9279. Extension 1SP.

November 6, 2009 – Pre-Recorded Message
I – This is a message for Anita L. Arguello. If you are not Anita L. Arguello, please hang up or disconnect. If you are Anita L. Arguello, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Anita L. Arguello. This is Penncro Associates. This is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact us about an important business matter at 866-779-9279. Thank you.

November 6, 2009 – Pre-Recorded Message
I – This is a message for Anita L. Arguello. If you are not Anita L. Arguello, please hang up or disconnect. If you are Anita L. Arguello, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Anita L. Arguello. This is Penncro Associates. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

4

Please contact us about an important business matter at 866-779-9279. Thank you.

<u>November 10, 2009 at 9:33 AM – Pre-Recorded Message</u>
This is a message for Anita L. Arguello. If you are not Anita L. Arguello, please hang up or disconnect. If you are Anita L. Arguello, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Anita L. Arguello. This is Penncro Associates. This is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact us about an important business matter at 866-779-9279. Thank you.

<u>November 10, 2009 at 6:59 PM – Pre-Recorded Message</u>
I have a call for you. Please hold while I connect you. All representatives are temporarily busy assisting other customers. Please continue to hold briefly. We apologize for the delay, but you will be connected in just a moment. Please continue to hold briefly.

<u>November 13, 2009</u>
This is a message for Anita Arguello. This is from Penncro Associates. Please return the call at 866-779-9279 extension TB5. Thank you.

<u>June 1, 2010 – No Discernable Message</u>

10.  Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

11.  The messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>*Berg v. Merchs. Ass'n Collection Div*</u>., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

12.  The messages use a pre-recorded or artificial voice.

13.  Some of the messages appear to be seeking to collect a debt from Anita L. Arguello.

5

14. Plaintiff is not liable for the debt of Anita L. Arguello, does not know her, nor does Ms. Arguello reside at Plaintiff's home.

15. Defendant used a pre-recorded or artificial voice to place telephone calls to Plaintiff's home telephone.

16. Plaintiff did not expressly consent to Defendant's placement of telephone calls to his home telephone by the use of a pre-recorded or artificial voice prior to Defendant's placement of the calls.

17. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

18. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

19. Plaintiff incorporates Paragraphs 1 through 18.

20. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

      b.      Attorney's fees, litigation expenses and costs of suit; and

      c.      Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

21.    Plaintiff incorporates Paragraphs 1 through 18.

22.    Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and or that it is a debt collector and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.      Damages;

      b.      Attorney's fees, litigation expenses and costs of suit; and

      c.      Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

23.    Plaintiff incorporates Paragraphs 1 through 18.

24.     Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.     Damages;

    b.     Attorney's fees, litigation expenses and costs of suit; and

    c.     Such other or further relief as the Court deems proper.

## COUNT IV
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

25.     Plaintiff incorporates Paragraphs 1 through 18.

26.     Defendant placed non-emergency telephone calls to Plaintiff's home telephone using a pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(B). See *Watson v. NCO Group, Inc.*, 462 F. Supp. 2d 641, 643 (E. D. Pa. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.     Damages;

    b.     a declaration that Defendant's calls violate the TCPA;

      c.     a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

      d.     Such other or further relief as the Court deems proper.

### JURY DEMAND

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>donyarbrough@mindspring.com
>
>By: s/ Donald A. Yarbrough
>    Donald A. Yarbrough, Esq.
>    Florida Bar No. 0158658

9