UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61488-Civ-Huck/O'Sullivan

JAMES K. FIANO,

    Plaintiff,

v.

PENNCRO ASSOCIATES, INC.,

    Defendant.
_____/

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, James K. Fiano, files his Response to Defendant's Motion to Dismiss and moves this Court to deny Defendant's, Penncro Associates, Inc., Motion to Dismiss (DE 11) as moot, and, in support thereof, states as follows:

Plaintiff accepted Defendant's settlement offer, and the parties shall file an appropriate dismissal within 10 days. Plaintiff respectfully suggests the Court deny Defendant's Motion to Dismiss as moot.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

- 1 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61488-Civ-Huck/O'Sullivan

JAMES K. FIANO,

    Plaintiff,

v.

PENNCRO ASSOCIATES, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 13, 2011 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                          s/Donald A. Yarbrough
                          Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
Suite 1600
9155 South Dadeland Boulevard
Miami, FL 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF