UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61488-CIV-HUCK/O'SULLIVAN

JAMES K. FIANO,

    Plaintiff,

v.

PENNCRO ASSOCIATES, INC.,

    Defendant.
_____/

CLOSED CIVIL CASE

## ORDER OF DISMISSAL

This matter is before the Court on the Plaintiff's Response to Defendant's Motion to Dismiss [D.E. #14], filed January 13, 2011. In that Response, Plaintiff notified the Court that the parties had settled. Having considered the pleadings, and being otherwise duly advised, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE. The parties shall bear their own attorneys' fees and costs. All pending motions are DENIED as moot, and the case is CLOSED. The Court retains jurisdiction for 60 days to enforce the terms of the parties' settlement agreement.

DONE and ORDERED in Chambers, Miami, Florida, on January 27, 2010.

Paul C. Huck
United States District Judge

Copies furnished to:
All Counsel of Record