UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61488-CIV-HUCK/O'SULLIVAN

JAMES K. FIANO,

    Plaintiff,

v.

PENNCRO ASSOCIATES, INC.,

    Defendant.
_____/

CLOSED CIVIL CASE

## AMENDED ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Unopposed Motion to Amend the Court's Dismissal [D.E. #16], filed April 1, 2011. On January 13, 2011, Plaintiff indicated to the Court that Plaintiff had accepted Defendant's settlement offer, and would file dismissal papers within ten days [D.E. #14]. Plaintiff did not file those papers, and the Court dismissed the action with prejudice [DE. #15]. In his Unopposed Motion, Plaintiff asks the Court to amend its dismissal of his Telephone Consumer Protection Act claim to dismissal without prejudice. Having considered the pleadings, and being otherwise duly advised, it is hereby

ORDERED that Plaintiff's Unopposed Motion is GRANTED. Plaintiff's claims under the Fair Debt Collections Practices Act and the Florida Consumer Collection Practices Act are DISMISSED WITH PREJUDICE. Plaintiff's claim under the Telephone Consumer Protection Act is DISMISSED WITHOUT PREJUDICE.

DONE and ORDERED in Chambers, Miami, Florida, on April 4, 2011.

Paul C. Huck
United States District Judge

Copies furnished to:
All Counsel of Record